**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| TIMOTHY DESCUTIDO,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV,<br><br>　　　　　　　　　Defendant. | Case No. 2:12-cv-02090 -APG-NJK<br><br>**ORDER APPROVING REPORT AND RECOMMENDATION** |

　　　　On March 27, 2013, Magistrate Judge Nancy J. Koppe entered her Report and Recommendation [Dkt #7]. Judge Koppe previously granted Plaintiff's request to proceed *in forma pauperis,* but found that Plaintiff's Complaint failed to state a claim and allowed Plaintiff 30 days, until March 1, 2013, to file an amended complaint. Plaintiff did not file an amended complaint, nor request an extension of time, nor take any other action to prosecute this case.

　　　　On March 11, 2013, the Court issued an Order to Show Cause [Dkt #6]. Plaintiff's response to that Order was due by March 25, 2013. Plaintiff failed to respond to that Order, or file an amended complaint. Accordingly, Judge Koppe recommended this action be dismissed.

　　　　Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's findings and recommendations must be filed within 14 days from the date of service. No objection has been filed with regard to the March 27, 2013 Report and Recommendation. Moreover, as explained in that Report and Recommendation, good cause exists to dismiss this case. Accordingly,

1 **IT IS HEREBY ORDERED** that this case is DISMISSED.

2 The Clerk of the Court shall enter judgment accordingly.

3 Dated: May 15, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE